IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-23718 TPA |
| Edward F. Behr, | ) | |
| Diane J. Behr, | ) | |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Edward F. Behr, | ) | |
| Diane J. Behr, | ) | Docket No. 56 |
| *Movants* | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Ally Financial, Flagship Bank, Internal Revenue | ) | |
| Service, Allegheny Health Network, Blaze | ) | |
| Mastercard, Butler Imaging, Butler Medical Assoc., | ) | |
| Butler Medical Providers, Butler Memorial Hospital, | ) | |
| Capital One, Care Credit, Community Medicine, | ) | |
| Credit First-Firestone, Credit One Bank, Direct TV, | ) | |
| Fingerhut, Firestone, Frist Premier Bank, Hamot | ) | |
| Medical Center, Kay Jewler, Kohl's, Lendmark, | ) | |
| Lifeline Sleep Center, Mariner Finance, MedExpress, | ) | |
| Merrick Bank, Millcreek Community Hospital, | ) | |
| Navient, Overstock.com, Comenity Bank, Peebles, | ) | |
| Quest Diagnostic, Sleep Medicine, Walmart, | ) | |
| Mattress Firm, Synchrony Bank, Time Warner Cable, | ) | |
| University of Pittsburgh Physicians, UPMC, | ) | |
| Children's Hospital, Verizon Wireless, WebBank, | ) | |
| Western Sky Financial, and | ) | |
| Ronda Winnecour, Trustee, | ) | |
| *Respondent* | ) | |

## **ORDER OF COURT**

**AND NOW,** to wit this **22nd** day of **July, 2020** it is hereby ORDERED, ADJUDGED and DECREED that:

1. The debtors, Edward F. Behr and Diane J. Behr, are hereby authorized to obtain a mortgage loan of no more than $255,000.00 to purchase the real estate located at 608 Village Green Blvd East, Mars, PA 16046 at an interest rate not to exceed 3.95% for a term not to exceed 30 years.

2. The real property must be purchased within 60 days of the date of this Order.

3. The debtors will file a Report of Financing within 14 days of the purchase of the real estate.

4. The debtors shall file an Amended Chapter 13 Plan which includes the new mortgage loan to be paid through the Amended Chapter 13 Plan by the Chapter 13 Trustee, and said Amended Plan will be filed within 14 days after the property has been purchased.

_____ J