IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-23718 TPA |
| Edward F. Behr ) | |
| Diane J. Behr, ) | Chapter 13 |
| *Debtors* ) | Related to Docket No. 56 & 61 |
| ) | |
| Edward F. Behr ) | |
| Diane J. Behr, ) | |
| *Movants* ) | |
| ) | |
| VS. ) | |
| ) | |
| Ally Financial, Flagship Bank, Internal Revenue Service,) | |
| Allegheny Health Network, Blaze Mastercard, Butler ) | |
| Imaging, Butler Medical Assoc., Butler Medical ) | |
| Providers, Butler Memorial Hospital, Capital One, Care ) | |
| Credit, Community Medicine, Credit First-Firestone, ) | |
| Credit One Bank, Direct TV, Fingerhut, Firestone, First ) | |
| Premier Bank, Hamot Medical Center, Kay Jewelers, ) | |
| Kohl's, Lendmark, Lifeline Sleep Center, Mariner ) | |
| Finance, MedExpress, Merrick Bank, Millcreek ) | |
| Community Hospital, Navient, Overstock.com, ) | |
| Comenity Bank, Peebles, Quest Diagnostics, Sleep ) | |
| Medicine, Walmart, Mattress Firm, Synchrony Bank, ) | |
| Time Warner Cable, University of Pittsburgh Physicians,) | |
| UPMC, Children's Hospital, Verizon Wireless, Webbank,) | |
| Western Sky Financial, and Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

## **REPORT OF FINANCING**

AND NOW, comes the debtors, Edward and Diane Behr, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On July 22, 2020, this Honorable Court signed an Order authorizing the debtors to obtain a mortgage loan to purchase the property at 608 Village Green Blvd. East, Mars, PA 16046.
2. The closing occurred on August 21, 2020.
3. The monthly mortgage payment will be $1,636.28, including principal, interest, and escrow, and the first payment will be due October 1, 2020. The mortgage is presently being held by Union Savings Bank, 8534 East Kemper Road, Cincinnati, OH 45249, attention Loan Servicing Department. A copy of this information is attached hereto, made a part hereof and labeled Exhibit "A." This states that the mortgage will be sold at some point to CMG Mortgage Inc. When that occurs, the debtors will inform the Chapter 13 Trustee.
4. An amended plan will be filed to include the payment of this mortgage through the Chapter 13 Trustee.

WHEREFORE, the debtors, Edward and Diane Behr, respectfully file this report of financing.

Respectfully submitted,

August 31, 2020
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  34965
Ken.Steidl@steidl-steinberg.com