**UNION SAVINGS BANK**

DATE: **August 21, 2020**

RE: **608 VILLAGE GREEN BLVD E
MARS, PA 16046**

Your loan and its servicing are in the process of being sold to
**CMG MORTGAGE, INC., DBA CMG FINANCIAL**
Your first payment is due **October 1, 2020**    . Until you are instructed otherwise, all payments should be made to:

UNION SAVINGS BANK
8534 EAST KEMPER ROAD
CINCINNATI, OHIO 45249
ATTN: LOAN SERVICING DEPT.

Upon the final sale of loan, you will receive a coupon book and instruction as to when should begin making payments to **CMG MORTGAGE, INC., DBA CMG FINANCIAL**

A breakdown of your payment is as follows:

| | |
|---|---|
| Principal and Interest: | $ 1,153.06 |
| County Taxes: | 53.12 |
| City Taxes: | |
| Hazard Insurance: | 88.67 |
| Flood Insurance: | |
| Private Mortgage Insurance: | |
| FHA Mortgage Insurance: | 174.51 |
| Assessments: | |
| **SCHOOL DISTRICT** | 166.92 |
| TOTAL PAYMENT: $ | 1,636.28 |

Thank you for your cooperation during this transacation.

Borrower: _____
EDWARD F. BEHR

Borrower: _____
DIANE J. BEHR

Borrower: _____

Borrower: _____

8534 East Kemper Road
Cincinnati, Ohio 45249-3701
(513) 247-0300/FAX (513) 247-9730

*Exhibit "A"*

08/28/2020    2:25PM (GMT+00:00)