FILED
9/25/20 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 17-23718 TPA |
| Edward F. Behr | ) | |
| Diane J. Behr | ) | Chapter 13 |
| *Debtors* | ) | Related to Docket No. 49, 64, 65, 67 |
| | ) | |
| Edward F. Behr | ) | Conciliation Conference: |
| Diane J. Behr | ) | October 8, 2020 @ 9:00 |
| *Movants* | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| Ronda Winnecour, Trustee, | ) | |
| *Respondent* | ) | |

## CONSENT ORDER AMENDING CONFIRMATION ORDER DATED JUNE 26, 2018

**AND NOW,** come the Debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1. This case was filed on September 15, 2017;
2. The Debtors sought an order permitting post-petition mortgage financing. That order was entered on July 22, 2020 at Doc. 61.
3. Debtors was approved for financing through Union Savings Bank. The monthly payment is $1,636.28 and the first payment is due by October 1, 2020. The Debtors are to provide the Trustee with the account number.
4. Debtors have filed an amended plan to include the new obligation, but the confirmation hearing is currently scheduled for October 8, 2020 at 9:00 a.m.
5. Debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.
6. The Debtors' wage attachment has been amended to ensure that it is adequately funded to provide for the newer amended plan figure.
7. The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.
8. Since the filing of the initial consent order to amend the June 26, 2018 confirmation order, the Debtors have been notified that the loan is being service transferred on October 1, 2020 to CMG Mortgage Inc. Therefore, all payments should be made to CMG Mortgage Inc. in the amount of $1,636.28 effective October 1, 2020.

IT IS AGREED AND ORDERED:

1. The June 26, 2018, order confirming Debtors' plan dated October 4, 2017, is hereby amended to include, under Part "1.H." the following: The Trustee is authorized to pay adequate protection payments to CMB Mortgage Inc. in the monthly sum of $1,636.28 beginning with the first payment due October 1, 2020 and each month thereafter until further Order of Court.

2. The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to:

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for Debtor

/s/ Owen Katz
Owen Katz, Esquire
Attorney for Trustee


SO ORDERED
September 25, 2020

_____vas
Thomas P. Agresti
United States Bankruptcy Judge