Case 17-23718-TPA    Doc 89    Filed 01/22/21    Entered 01/22/21 11:47:16    Desc Main
                              Document           Page 1 of 2

FILED
1/22/21 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| EDWARD F. BEHR | : | Case No. 17-23718 TPA |
| DIANE J. BEHR | : | Chapter 13 |
| *Debtors* | : | |
| | : | |
| EDWARD F. BEHR | : | |
| DIANE J. BEHR | : | |
| *Movants* | : | Related to Document No. 88 |
| | : | |
| v. | : | |
| | : | |
| CMG MORTGAGE | : | |
| *Respondents* | : | Hearing: February 3, 2021 at 11:30 A.M. |

## **ORDER**

**AND NOW**, this **22nd** day of **January, 2021,** an *Expedited Motion to Extend the Automatic Stay, Request for a Finding of Contempt, and Payment of Attorney's Fees and Santions,* having been filed in the above-captioned proceeding by the Debtors on January 22, 2021 at Document No. 88 ("Motion"),

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)    Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all Parties against whom relief is sought, their counsel, and the Chapter 13 Trustee.  Thereafter, a **Certificate of Service** shall **IMMEDIATELY** be filed by Counsel for the Moving Party.  ***To the extent numbers and addresses are available, service shall also be made by fax and email***.  Failure to properly serve the *Motion* or timely file the *Certificate* may result in dismissal of the above-captioned proceeding.

1

(2) Any *Response(s)*, including any consent to the *Motion*, shall be filed with the Clerk's Office *on or before February 1, 2021,* at the U.S. Courthouse, 17 South Park Row, Erie, PA or the Clerk's Office, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219. Any *Response* should be served on the Moving Party, their counsel and the Chapter 13 Trustee.

(3) On *February 3, 2021* at *11:30 A.M.* a hearing on the Motion is scheduled by the Zoom Video Conference Application, at which time the parties and/or their counsel must participate remotely by using the Zoom Video Conference Application (hereinafter "Zoom"), and the Court will dispose of the Motion. To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https:/www.zoomgov.com/j/16021303488., at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(4) The Debtors shall be prepared to offer testimony in support of his/her Motion at the time of the hearing.

It is **FURTHER ORDERED** that the automatic stay shall remain in full force and effect pending further order of the Court.

_____asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda J. Winnecour, Esq., Ch. 13 Trustee
    Debtor
    Counsel for the Debtor