**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward F. Behr                                    CHAPTER 13
Diane J. Behr

   Debtor(s)                                              BKY. NO. 17-23718 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
01 Feb 2021, 08:45:43, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com