FILED
2/5/21 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23718-TPA |
| Edward F. Behr | : | Chapter: | 13 |
| Diane J. Behr | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 2/3/2021 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**  #88 Exp Motion to Enforce the Automatic Stay, Motion For Contempt, and Motion For Sanctions
     #95 Resp. by CMG Mortgage

#92 Motion to Continue/Reschedule Hearing On February 3, 2021

**APPEARANCES:**
Debtor:   Abagale Steidl + Debtor Husband
Trustee:   Ronda Winnecour
CMG Mortgage: Brian Nicholas

**NOTES:**

Nicholas:   We believe this can be settled, ask for continuance.

**OUTCOME:**   Consent Order to be filed on or before 3/3/21. TO to be issued

*/s/ Ronda Winnecour*
asg