Case 17-23718-TPA    Doc 103    Filed 04/16/21    Entered 04/16/21 13:25:13    Desc Main
Document    Page 1 of 2

FILED
4/16/21 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| EDWARD F. BEHR and | : | Case No. 17-23718 TPA |
| DIANE J. BEHR, | : | Chapter 13 |
| *Debtors.* | : | |
| | : | |
| EDWARD F. BEHR and | : | |
| DIANE J. BEHR, | : | |
| *Movants,* | : | Related to Document No. 102 |
| | : | |
| v. | : | |
| | : | |
| CMG MORTGAGE, | : | |
| *Respondents.* | : | Hearing: May 5, 2021 at 11:30 A.M. |

**<u>ORDER</u>**

**AND NOW**, this **16th** day of **April, 2021,** a ***Motion to Enforce the Order of Court Dated March 3, 2021, a Finding of Contempt, and a Request for an Expedited Hearing,*** having been filed in the above- captioned proceeding by the Debtors on April 13, 2021 at Document No. 102 ("Motion"), it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)   CMG Mortgage is directed to ***immediately*** provide the Debtors with their 1098 Mortgage Interest Statement.

(2)   **On or before April 26, 2021,** any **Response** to the *Motion* shall be filed and served on all Parties in interest.

(3)   A status conference on the *Motion* is scheduled for ***May 5, 2021*** at ***11:30 A.M.*** to be held by the ***Zoom Video Conference Application*** with **Maria Miksich, Esq., Counsel for CMG Mortgage** to **PERSONALLY appear,** so the Court can gauge the cooperation

of CMG Mortgage in anticipation of a future hearing on the appropriate sanctions and damages for CMG Mortgage's bad faith to date. The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(4)　***Initializing Zoom Hearing:*** To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, to attend and use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

_____ asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
　　Ronda J. Winnecour, Esq., Ch. 13 Trustee
　　Debtor
　　Kenneth Steidl, Esq.
　　Maria Miksich, Esq.