IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Edward Behr | : | Case No. 17-23718 TPA |
|    Diane Behr | : | Chapter 13 |
|       Debtors | : | Document No. |
| | : | |
|    Edward Behr | : | |
|    Diane Behr | : | Related to Document Nos. 102, 103 |
|       Movants | : | |
| | : | Hearing Date: May 5, 2021 @ 11:30 |
| vs. | : | |
| | : | |
|    CMG Mortgage | : | |
|       Respondents | : | |

**CERTIFICATE OF SERVICE OF THE SCHEDULING ORDER OF COURT DATED APRIL 16, 2021 TOGETHER WITH THE MOTION TO ENFORCE THE ORDER OF COURT DATED MARCH 3, 2021, A FINDING OF CONTEMPT, AND A REQUEST FOR AN EXPEDITED HEARING**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) April 21, 2021.

The types of service made on the parties was:

**First Class Mail and Certified Mail:**
CMG Mortgage
Attn: Chris George, CEO
3160 Crow Canyon Rd., Suite 400
San Ramon, CA 94583

**First Class Mail Only:**
CMG Mortgage
Po Box 77404
Ewing, NJ 08628

CMG Mortgage
Po Box 11733
Newark, NJ 07101

CMG Mortgage
Po Box 77423
Ewing, NJ 08628

CMG Mortgage
425 Phillips Blvd.
Ewing, NJ 08618

**Facsimile:**
CMG: 609-538-4005

**Email:**
CMG – connect@cmgfi.com
CMG – servicing@cmgfi.com
CMG – ajgeorge@cmgfi.com
Ronda Winnecour, Trustee – okatz@chapter13wdpa.com
Debtors – Edward.behr@fedex.com
Brian Nicholas, KML Law Group- bnicholas@kmllawgroup.com

**CM/ECF:**
United States Trustee

EXECUTED ON: April 21, 2021

                                 By:     /s/ Kenneth Steidl
                                            Kenneth Steidl, Esquire
                                              Attorney for the Debtors
                                              STEIDL & STEINBERG
                                              Suite 2830-Gulf Tower, 707 Grant Street
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              PA I.D. No.:   34965
                                              ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**