IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|   Edward Behr | : | Case No. 17-23718 TPA |
|   Diane Behr | : | Chapter 13 |
|     Debtors | : | Document No. |
| | : | |
|   Edward Behr | : | Related to Document Nos. 102, 103, 105 |
|   Diane Behr | : | |
|     Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| CMG Mortgage | : | |
|     Respondents | : | |

### MOTION TO CONTINUE THE HEARING SCHEDULED FOR MAY 5, 2021

And Now, come the Debtors, Edward and Diane Behr, by and through their attorney, Kenneth Steidl, and Steidl and Steinberg, and respectfully represent as follows:

1) An expedited hearing on the Motion to Enforce the Order of Court Dated March 3, 2021 is scheduled for May 5, 2021, at 11:30.
2) As of the filing of this motion, the following matters have been resolved:
    a. The initial sanction check has been received.
    b. The Form 1098 was provided yesterday afternoon.
3) As of the filing of the motion, the following matters remain outstanding:
    a. The credit reporting is under review.
    b. The escrow accounting is under review.
    c. The loan history is under review.
    d. Additional sanctions
4) Counsel for the Debtors and Counsel for the Respondent have been in communication with each other over this matter on multiple occasions.
5) Counsel for the Debtors and Counsel for the Respondent are of the realization that the remaining outstanding matters may not be resolved by the May 5, 2021, hearing and believe that a continued hearing may be prudent, however, Counsel for the Debtors and Counsel for the Respondent defer to this Honorable Court for this request.

WHEREFORE, the Debtors, Edward and Diane Behr, respectfully request that this Honorable Court continue the hearing scheduled for May 5, 2021, to allow time for additional issue resolution.

Respectfully submitted,

April 27, 2021

By: /s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830-Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No.:    34965
ken.steidl@steidl-steinberg.com