Case 17-23718-TPA    Doc 107    Filed 04/28/21    Entered 04/28/21 12:09:21    Desc Main
Document      Page 1 of 2

FILED
4/28/21 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| EDWARD BEHR | : | Case No. 17-23718 TPA |
| DIANE BEHR | : | |
| *Debtors* | : | Chapter 13 |
| | : | |
| EDWARD BEHR | : | |
| DIANE BEHR | : | |
| *Movants* | : | Related to Document No. 106 |
| | : | |
| v. | : | |
| | : | |
| CMG MORTGAGE | : | Hearing: May 5, 2021 at 11:30 A.M. |
| *Respondents* | : | |

## ORDER SCHEDULING HEARING

      **AND NOW**, this **28th** day of **April, 2021**, a ***Motion to Continue/Reschedule Hearing*** at Document No. 106 having been filed in the above-captioned proceeding;

      It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for ***May 5, 2021*** at ***11:30 A.M.*** by the Zoom Video Conference Application, at which time the parties and/or their counsel must participate remotely by using the Zoom Video Conference Application (hereinafter "Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781. ***All Attorneys and Parties may only appear by Zoom*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of***

*Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Kenneth Steidl, Esq.
    Maria Miksich, Esq.
    Ronda J. Winnecour, Esq.