Case 17-23718-TPA    Doc 109    Filed 05/05/21    Entered 05/05/21 16:17:06    Desc Main
Document      Page 1 of 1

FILED
5/5/21 4:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23718-TPA |
| | : | | |
| Edward F. Behr | : | Chapter: | 13 |
| Diane J. Behr | : | | |
| *Debtor(s)*. | : | | |
| | : | Date: | 5/5/2021 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**    # 106 Motion to Continue/Reschedule Hearing On May 5, 2021 at 11:30

**APPEARANCES:**

    Debtor:    Kenneth Steidl
    Trustee:    Ronda J. Winnecour
    CMG Mortgage: Brian Nicholas

**NOTES:**

**OUTCOME:**    DENIED / MOE

*/s/ Thomas P. Agresti*
asg