FILED
5/5/21 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23718-TPA |
| Edward F. Behr | : | Chapter: | 13 |
| Diane J. Behr | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/5/2021 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER**   #102 Motion to Enforce the Order of Court dated March 3, 2021, in addition to Motion For Contempt, in addition to Motion to Expedite Hearing

**APPEARANCES:**

   Debtor:   Abagale Steidl + Mr. Behr
   Trustee:   Ronda J. Winnecour
   CMG Mortgage: Brian Nicholas + Atty. Miksich

**NOTES:**

Steidl:   1098 issued, sanction check issued, **credit report to be corrected** and **need bills to reflect correctly** - $4,908 deficiency shown, need verification late charges have been removed.

Nicholas:   Working on credit report issue, submitted correct document. Committed to resolving statment issues. New statement should be issued mid-May.

**OUTCOME:**   Continued to 6/2/21 at 11am, generally.

*[signature]*
asg