# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

In re:  
Edward F. Behr and Diane J. Behr,

Case No. 17-23718

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

<u>CMG Mortgage, Inc.</u>　　　　　　　　　　　　　　　Court Claim # (if known) N/A  
Name of Secured Creditor

Old Address of Secured Creditor:  
CMG, Payment Processing Center  
P.O. Box 11733  
Newark, NJ 07101-4733.

New Name and/or Address where NOTICES to Secured Creditor should be sent:

C/O Cenlar FSB  
Attention Payment Processing  
425 Philips Blvd  
Ewing NJ 08618

Phone: N/A

Name and/or Address where PAYMENTS to Secured Creditor should be sent (if different from above):

C/O Cenlar FSB  
Attention Payment Processing  
425 Philips Blvd  
Ewing NJ 08618

Phone: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charles G. Wohlrab　　　　　　　　　　Date: 05/26/2021  
　　　Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _____May 26, 2021_____, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Edward F. Behr
608 Village Green Blvd East
Mars, PA 16046

Diane J. Behr
608 Village Green Blvd East
Mars, PA 16046

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 7004
Telephone: 470-321-7112
Facsimile: 470-321-7112

By: /s/ Michelle Zavitz
Email: mzavitz@raslg.com