## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
EDWARD F. BEHR                                    Case No. 17-23718TPA
DIANE J. BEHR

            Debtor(s)
RONDA J. WINNECOUR,                              Chapter 13
Standing Chapter 13 Trustee,

            Movant                                Document No __
        vs.
CMG MORTGAGE


            Respondents

## NOTICE OF FUNDS ON RESERVE

    The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.]  At some future point, the Trustee may seek leave to deposit the funds into Court. LOAN HAS BEEN SERVICE RELEASED TO CENLAR FSB.  NO PROOF OF CLAIM HAS BEEN FILED.

CMG MORTGAGE                          Court claim# NC/Trustee CID# 59
PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733


The Movant further certifies that on 06/01/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

---

DEBTOR(S):
EDWARD F. BEHR, DIANE J. BEHR,
608 VILLAGE GREEN BOULEVARD
EAST, MARS, PA  16046

:
CENLAR FSB**, ATTN BANKRUPTCY,
425 PHILLIPS BLVD, EWING, NJ
08628

ORIGINAL CREDITOR'S COUNSEL:
ROBERTSON ANSCHUTZ SCHNEID
CRANE & PARTNERS PLLC, 130
CLINTON RD #202, FAIRFIELD, NJ
07004

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG, 707 GRANT ST STE
2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
CMG MORTGAGE, PAYMENT
PROCESSING CENTER, PO BOX
11733, NEWARK, NJ  07101-4733