**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edward Behr<br>Diane Behr<br>　　　　　　　Debtor(s) | BK. NO. 17-23718 TPA |
| Edward Behr<br>Diane Behr<br>　　　　　　　Movants<br>　　v.<br>CMG Mortgage<br>　　　　　　　Respondents | CHAPTER 13<br><br>Related to Document No. 88, 95 |

# **CONSENT ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, an Order approving the consent order was entered by the Court on March 3, 2021;

WHEREAS, on April 13, 2021, Movants filed a Motion to Enforce the March 3, 2021 Order and for Sanctions;

WHEREAS, Respondent has provided a revised 1099; and

WHEREAS, Respondent has submitted a Uniform Data Form to the credit bureaus to which it reports for this loan; and

WHEREAS, Respondent has provided the settlement proceeds from the first consent order; and

WHEREAS, the parties have amicably resolved the matter;

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. Movants Expedited Motion to Enforce the March 3, 2021 Order and for Sanctions is DENIED.

2. Respondent has submitted a Uniform Data Form ("UDF") to the credit bureau to which it reports. If needed, Respondent will execute a certification confirming that a UDF was submitted along with a copy of the UDF that was submitted.

3. Respondent shall send all further correspondence regarding this loan, including monthly mortgage statements to:

 a. Steidl & Steinberg, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219;

 b. Debtor acknowledges that Respondent will update its records to reflect Debtor's counsel as the address for all mail and correspondence, including any statutorily required notices. All mail and correspondence going forward will go to Steidl & Steinberg ONLY (NOTE: it may take up to 45 days for the change to take effect);

 c. This shall continue until the earlier of:
  i. Closing of the Bankruptcy Case (17-23718); or
  ii. Written request from Steidl & Steinberg; or
  iii. Written request from Edward and/or Diane Behr;

4. For notice purposes, Respondent filed a notice of address change (Bullet 114 on the Docket) for payments and notices to be send to:

 a. CMG Mortgage, Inc.
  c/o Cenlar FSB
  Attention Payment Processing
  425 Philips Blvd
  Ewing, NJ 08618

5. Respondent shall pay counsel fees in the amount of $5,000.00 within 14 days of the entry of this Order.

6. The hearing scheduled for June 2, 2021 at 11:00am is hereby cancelled.

**Consented to by:**

| | |
|---|---|
| **/s/ Kenneth Steidl** | **/s/ Brian C. Nicholas** |
| Kenneth Steidl, Esq., PA ID 34965 | Brian C. Nicholas, Esq., PA ID 317240 |
| Steidl & Steinberg | KML Law Group, P.C. |
| Suite 2830-Gulf Tower, 707 Grant St. | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15219 | Philadelphia, PA 19106 |
| Phone: (412) 391-8000 | Phone: (201-549-5366) |
| Email: ken.steidl@steidl-steinberg.com | Email: bnicholas@kmllawgroup.com |
| Attorneys for Debtors | Attorneys for CMG Mortgage |
| Dated: 6/1/2021 | Dated: 6/21/2021 |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED.

By the Court,

_____ J.