Case 17-23718-TPA   Doc 117   Filed 06/03/21   Entered 06/03/21 11:36:15   Desc Main
Document   Page 1 of 1

FILED
6/3/21 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-23718-TPA |
| | : | | |
| Edward F. Behr | : | Chapter: | 13 |
| Diane J. Behr | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 6/2/2021 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**  #102 Motion to Enforce the Order of Court dated March 3, 2021, in addition to Motion For Contempt, in addition to Motion to Expedite Hearing

**APPEARANCES:**

Debtor: Abagail Steidl
Trustee: Ronda J. Winnecour
CMG Mortgage: Brian Nicholas + Atty. Miksich

**NOTES:**

Steidl: We filed a proposed consent Order. Background of matters given re consent order.

Nicholas: Payments on hold to creditor

Winnecour: Atty. Nicholas to contact me and Atty. Steidl re payment issue.

**OUTCOME:** Consent Order to be GRANTED (stike #6)

*[signature]*
asg