**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/4/21 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:  Edward Behr<br>            Diane Behr<br><br>                        Debtor(s)<br><br>Edward Behr<br>Diane Behr<br>                        Movants<br>        v.<br>CMG Mortgage<br>                        Respondents | BK. NO. 17-23718 TPA<br><br>CHAPTER 13<br><br>Related to Document No. 88, 95 |

## CONSENT ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, an Order approving the consent order was entered by the Court on March 3, 2021;

WHEREAS, on April 13, 2021, Movants filed a Motion to Enforce the March 3, 2021 Order and for Sanctions;

WHEREAS, Respondent has provided a revised 1099; and

WHEREAS, Respondent has submitted a Uniform Data Form to the credit bureaus to which it reports for this loan; and

WHEREAS, Respondent has provided the settlement proceeds from the first consent order; and

WHEREAS, the parties have amicably resolved the matter;

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. Movants Expedited Motion to Enforce the March 3, 2021 Order and for Sanctions is DENIED.

2. Respondent has submitted a Uniform Data Form ("UDF") to the credit bureau to which it reports. If needed, Respondent will execute a certification confirming that a UDF was submitted along with a copy of the UDF that was submitted.

3. Respondent shall send all further correspondence regarding this loan, including monthly mortgage statements to:

    a. Steidl & Steinberg, 707 Grant Street, Suite 2830, Pittsburgh, PA 15219;

    b. Debtor acknowledges that Respondent will update its records to reflect Debtor's counsel as the address for all mail and correspondence, including any statutorily required notices. All mail and correspondence going forward will go to Steidl & Steinberg ONLY (NOTE: it may take up to 45 days for the change to take effect);

    c. This shall continue until the earlier of:
        i. Closing of the Bankruptcy Case (17-23718); or
        ii. Written request from Steidl & Steinberg; or
        iii. Written request from Edward and/or Diane Behr;

4. For notice purposes, Respondent filed a notice of address change (Bullet 114 on the Docket) for payments and notices to be send to:

    a. CMG Mortgage, Inc.
       c/o Cenlar FSB
       Attention Payment Processing
       425 Philips Blvd
       Ewing, NJ 08618

5. Respondent shall pay counsel fees in the amount of $5,000.00 within 14 days of the entry of this Order.

6. ~~The hearing scheduled for June 2, 2021 at 11:00am is hereby cancelled.~~

**Consented to by:**

| | |
|---|---|
| **/s/ Kenneth Steidl** | **/s/ Brian C. Nicholas** |
| Kenneth Steidl, Esq., PA ID 34965 | Brian C. Nicholas, Esq., PA ID 317240 |
| Steidl & Steinberg | KML Law Group, P.C. |
| Suite 2830-Gulf Tower, 707 Grant St. | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15219 | Philadelphia, PA 19106 |
| Phone: (412) 391-8000 | Phone: (201-549-5366) |
| Email: ken.steidl@steidl-steinberg.com | Email: bnicholas@kmllawgroup.com |
| Attorneys for Debtors | Attorneys for CMG Mortgage |
| Dated: 6/1/2021 | Dated: 6/21/2021 |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED.

By the Court,

_____ J.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23718-TPA
Edward F. Behr  Chapter 13
Diane J. Behr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2
Date Rcvd: Jun 04, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brett A. Solomon
    on behalf of Creditor Ally Financial brett.solomon@solomon-legal.com

Brian Nicholas
    on behalf of Creditor CMG MORTGAGE INC. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor CMG MORTGAGE INC. cwohlrab@raslg.com

Kenneth Steidl
    on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Maria Miksich
    on behalf of Creditor CMG MORTGAGE INC. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 10