# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

11/19/2021

IN RE:

| | |
|---|---|
| EDWARD F. BEHR | Case No.17-23718 TPA |
| DIANE J. BEHR | |
| 608 VILLAGE GREEN BOULEVARD EAST | Chapter 13 |
| MARS,  PA  16046 | |
| XXX-XX-8160        Debtor(s) | |

XXX-XX-5252

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/19/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:1  INT %: 6.00% | CRED DESC:  VEHICLE |
| PO BOX 772813 | Court Claim Number:13 | ACCOUNT NO.: 2781 |
| | CLAIM: 24,436.29 | |
| CHICAGO, IL  60677-2813 | COMMENT: $@6%/STIP-PL*FR ALLY*DOC 52 | |

| | | |
|---|---|---|
| **CARFINANCE CAPITAL** | Trustee Claim Number:2  INT %: 5.00% | CRED DESC:  VEHICLE |
| C/O FLAGSHIP CREDIT ACCEPTANCE | Court Claim Number:12 | ACCOUNT NO.: 8160 |
| PO BOX 975658 | | |
| | CLAIM: 15,515.55 | |
| DALLAS, TX  75397 | COMMENT: $CL-PL@5%MDF | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3 | ACCOUNT NO.: 8160 |
| PO BOX 7317 | | |
| | CLAIM: 5,013.49 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: $CL-PL | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15264-5266 | COMMENT: | |

| | | |
|---|---|---|
| **BLAZE** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 5096 | Court Claim Number: | ACCOUNT NO.: 3220 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD  57117-5096 | COMMENT: | |

| | | |
|---|---|---|
| **BUTLER IMAGING & INTERVENTION** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 7 ACEE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| NATRONA HEIGHTS, PA  15065-9700 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **BUTLER MEDICAL ASSOC** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| DAVID EVANKO, MD | Court Claim Number: | ACCOUNT NO.: |
| 1022B N MAIN ST | | |
| | CLAIM: 0.00 | |
| BUTLER, PA  16001 | COMMENT: | |

| | | |
|---|---|---|
| **BUTLER MEDICAL PROVIDERS** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 1549 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BUTLER, PA  16003 | COMMENT: | |

| | | |
|---|---|---|
| **BUTLER MEMORIAL HOSPITAL** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE HOSPITAL WAY | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| BUTLER, PA  16001 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE**** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.: 9833 |
| | CLAIM: 0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CAPITAL ONE\*\*** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  5443 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |
| **CAPITAL ONE\*\*** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  3928 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |
| **CAPITAL ONE\*\*** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  0790 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT: | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:2 | ACCOUNT NO.:  6953 |
| | CLAIM:  1,101.36 | |
| NORFOLK, VA  23541 | COMMENT:  CARE CREDIT/SYNCHRONY | |
| **COMMUNITY MEDICINE** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5515 PEACH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ERIE, PA  16509 | COMMENT:  NT ADR/SCH | |
| **CREDIT FIRST NA\*** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BK 13 CREDIT OPERATIONS\* | Court Claim Number:8 | ACCOUNT NO.:  5252 |
| POB 818011\* | CLAIM:  1,454.01 | |
| CLEVELAND, OH  44181-8011 | COMMENT:  5149/SCH\*FIRESTONE | |
| **CREDIT ONE BANK** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 98873 | Court Claim Number: | ACCOUNT NO.:  2219 |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193 | COMMENT:  NT ADR/SCH | |
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.:  6572 |
| POB 10587 | CLAIM:  2,424.84 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CREDIT ONE/FNBM | |
| **CREDIT ONE BANK** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 98873 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LAS VEGAS, NV  89193 | COMMENT:  NT ADR/SCH | |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 5008 | Court Claim Number:18 | ACCOUNT NO.:  0346 |
| | CLAIM:  305.90 | |
| CAROL STREAM, IL  60197-5008 | COMMENT: | |

# CLAIM RECORDS

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:1 | ACCOUNT NO.:  6004 |
| | CLAIM:  5,764.86 | |
| CHICAGO, IL  60677-2813 | COMMENT:  BLUESTEM/FINGERHUT*REF 3374475163 | |

| | | |
|---|---|---|
| **CREDIT FIRST NA*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BK 13 CREDIT OPERATIONS* | Court Claim Number:7 | ACCOUNT NO.:  8160 |
| POB 818011* | | |
| | CLAIM:  1,449.37 | |
| CLEVELAND, OH  44181-8011 | COMMENT:  3260/SCH*FIRESTONE | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:4 | ACCOUNT NO.:  7769 |
| PO BOX 772813 | | |
| | CLAIM:  1,237.21 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3403860088 | |

| | | |
|---|---|---|
| **HAMOT MEDICAL CENTER*** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PATIENT ACCOUNTING DEPT | Court Claim Number: | ACCOUNT NO.:  3110 |
| 201 STATE ST | | |
| | CLAIM:  0.00 | |
| ERIE, PA  16550 | COMMENT: | |

| | | |
|---|---|---|
| **KAY JEWELERS** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JD RECEIVABLES LLC | Court Claim Number:14 | ACCOUNT NO.:  5943 |
| PO BOX 382656 | | |
| | CLAIM:  658.13 | |
| GERMANTOWN, TN  38183 | COMMENT:  CHARGE OFF 9/1/2017 | |

| | | |
|---|---|---|
| **CAPITAL ONE NA**** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:5 | ACCOUNT NO.:  3504 |
| PO BOX 3001 | | |
| | CLAIM:  1,921.84 | |
| MALVERN, PA  19355-0701 | COMMENT:  KOHLS | |

| | | |
|---|---|---|
| **LENDMARK** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 144 COMMONS DR | Court Claim Number: | ACCOUNT NO.:  0022 |
| | CLAIM:  0.00 | |
| DUBOIS, PA  15801 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **LIFELINE SLEEP CENTERS** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4161 RT 66 | Court Claim Number: | ACCOUNT NO.:  8207 |
| | CLAIM:  0.00 | |
| APOLLO, PA  15613 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **MARINER FINANCE LLC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 8211 TOWN CENTER DR | Court Claim Number:20-2 | ACCOUNT NO.:  6602 |
| | CLAIM:  3,351.12 | |
| NOTTINGHAM, MD  21236 | COMMENT:  0230/SCH*AMD | |

| | | |
|---|---|---|
| **MED EXPRESS** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 7964 | Court Claim Number: | ACCOUNT NO.:  9214 |
| | CLAIM:  0.00 | |
| BELFAST, ME  04915 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MED EXPRESS**<br>POB 7964<br><br>BELFAST, ME  04915 | Trustee Claim Number:31 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3908 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:32 INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  1,814.16<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6841 |
| **MILLCREEK COMMUNITY HOSPITAL**<br>5515 PEACH STREET<br><br>ERIE, PA  16507 | Trustee Claim Number:33 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NAVIENT SOLUTIONS INC O/B/O ECMC**<br>C/O ECMC(*)<br>LOCK BOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:34 INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  64,899.47<br>COMMENT:  8212/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8160 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:35 INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  2,017.92<br>COMMENT:  COMENITY/OVERSTOCK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0627 |
| **PEEBLES**<br>PO BOX 659465<br><br>SAN ANTONIO, TX  78265-9465 | Trustee Claim Number:36 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8613 |
| **QUEST DIAGNOSTIC**<br>7629 MARKET ST<br><br>YOUNGSTOWN, OH  44512 | Trustee Claim Number:37 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SLEEP MEDICINE AND LUNG HEALTH**<br>PO BOX 174<br><br>INGOMAR, PA  15127 | Trustee Claim Number:38 INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0813 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:39 INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  1,689.58<br>COMMENT:  SYNCHRONY/WALMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4601 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number:40 INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  1,718.06<br>COMMENT:  MATRESS FIRM/GEMB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5347 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TIME WARNER CABLE**<br>530 S MAIN ST STE 1751<br><br>AKRON, OH 44311-1090 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 494.12<br>COMMENT: COMENITY/ULTA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8119 |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br><br>PITTSBURGH, PA 15250-7980 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4944 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA 15203 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA 15203 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1007 |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA 15203 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CHILDRENS HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC**<br>2 HOT METAL ST<br>DIST RM 386<br>PITTSBURGH, PA 15203 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~HAMOT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br><br>PITTSBURGH, PA 15250-7980 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 1,764.76<br>COMMENT: GETTINGTON/SANTANDER/WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9121 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WESTERN SKY FINANCIAL LLC++** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 370 | Court Claim Number: | ACCOUNT NO.:  3915 |
| | CLAIM:  0.00 | |
| TIMBER LAKE, SD  57656 | COMMENT: | |

| | | |
|---|---|---|
| **CASHCALL INC(*)** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 1 CITY BLVD WEST - STE 102 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ORANGE, CA  92868 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:53 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 560 | | |
| | CLAIM:  0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CMC** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 16346 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15242-0346 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PENN CREDIT CORP** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 2800 COMMERCE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| HARRISBURG, PA  17110 | COMMENT: | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:56 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 6250 | | |
| | CLAIM:  0.00 | |
| MADISON, WI  53701 | COMMENT: | |

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS INC** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| 500 VIRGINIA DR STE 514 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| FORT WASHINGTON, PA  19034-2707 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:3 | ACCOUNT NO.:  8160 |
| PO BOX 7317 | | |
| | CLAIM:  1,448.74 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **CMG MORTGAGE INC** | Trustee Claim Number:59 INT %: 0.00% | CRED DESC:  Post Petition Claim (1305) |
| C/O CENLAR FSB(*) | Court Claim Number:NC | ACCOUNT NO.:  5795 |
| ATTN BANKRUPTCY* | | |
| PO BOX 77409* | CLAIM:  0.00 | |
| EWING, NJ  08618 | COMMENT:  PMT/PL*1636.28 X (26+2)=LMT*BGN 10/20*DK! | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:60 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  CMG MORT/PRAE | |