FILED
12/22/21 11:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Edward F. Behr ) | Case No. 17-23718 TPA |
| Diane J. Behr, ) | Chapter 13 |
|     Debtor(s) ) | Document No.   80 |
| ) | |
| ) | |
| Edward F. Behr, ) | |
| Diane J. Behr, ) | |
|     Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## CONSENT ORDER AMENDED CONFIRMATION ORDER DATED OCTOBER 9, 2020

AND NOW, come the debtors and the Chapter 13 Standing Trustee, through counsel, and aver the following:

WHEREAS:

1) This case was filed on November 23, 2020;

2) The debtors sought an Order permitting post-petition vehicle financing. That Order was entered on November 30, 2021 at docket number 123.

3) The debtors were approved for financing through Bridgecrest. The monthly payment is $448.00 and the first payment is due by January 2022. The debtors have proved the Trustee with the account number.

4) The debtors have filed an amended plan to include the new obligation, and the confirmation hearing is scheduled for February 8, 2022 at 9:00 am.

5) The debtors are desirous of making adequate protection payments pending confirmation of the newer amended plan.

6) The debtors' wage attachment does not need to be amended to provide for the newer amended plan figure as the amount is unchanged.

7) The Trustee is expected to hold sufficient funds to make the adequate protection payments without impact on existing creditors.

IT IS AGREED AND ORDERED:

1.) The October 9, 2020 order confirming debtors' plan dated August 31, 2020 hereby amended to include, under Part "1.H" the following: The Trustee is authorized to pay adequate protection payments to Bridgecrest in the monthly sum of $448.00 beginning with the first payment due January 2022 and each month thereafter until further Order of Court.

2.) The Trustee is authorized to disburse this adequate protection payment in the next distribution cycle practicable and each monthly cycle thereafter pending confirmation of the pending plan.

Consented to by:

/s/ Kate DeSimone                                    /s/ Kenneth Steidl
Kate DeSimone, Esquire                          Kenneth Steidl, Esquire
Office of the Chapter 13 Trustee            Counsel for the Debtors

FURTHER ORDERED:

asg

Hon. Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 17-23718-TPA

Edward F. Behr                                                          Chapter 13

Diane J. Behr

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dpas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
          regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

**Recip ID                          Recipient Name and Address**
db/jdb                          + Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

**Name                          Email Address**

Brett A. Solomon
                          on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
                          on behalf of Creditor CMG MORTGAGE  INC. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
                          on behalf of Creditor CMG MORTGAGE  INC. cwohlrab@raslg.com

Kenneth Steidl
                          on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com
                          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
                          on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com

District/off: 0315-2                                     User: dpas                                              Page 2 of 2
Date Rcvd: Dec 22, 2021                          Form ID: pdf900                                       Total Noticed: 1

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@st
eidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Larry E. Wahlquist
                        on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Maria Miksich
                        on behalf of Creditor CMG MORTGAGE  INC. mmiksich@kmllawgroup.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
                        on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com


TOTAL: 10