IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Edward F. and Diane J. Behr | : | Bankruptcy Case No. 17-23718-TPA |
| *Debtor(s)* | : | Chapter 13 |

## PLAN CONFIRMATION ORDER

**AND NOW,** this **9th** of **February**, **2022,** it is hereby **ORDERED, ADJUDGED and DECREED**, with the consent of all the Parties in attendance, as follows:

**A**    The Chapter 13 Plan dated **December 15, 2021**, except as modified herein as numbered, below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court.

**B**    **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

   **1.**    **Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

   **2.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

   **3.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

   **4.**    **Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

   **5.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**C**    **IT IS FURTHER ORDERED THAT:**

   **1.**    Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

Revised 7/26/2021

     **2.**    Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

     **3.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

     **4.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

     **5.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

     **6.**    Debtor(s) shall file an Amended Schedule I and/or J in the event of:

         (a) Household income increases by 10% or more over most the recently filed Schedule I, because of new employment, promotion, or otherwise.

         (b) A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or a 10% or more reduction of any line item expense on Schedule J.

         (c) Any indicated increase in disposable income as a result of an increase in income or decrease in payroll withholding or Schedule J expense (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation, decrease in expense, or increase in household income.

     **7.**    Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

     **8.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

     **9.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

     **10.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

     **11.**    Any prior Confirmation Order entered in this matter is *VACATED*.

*/s/ Thomas P. Agresti*    asg
_____
Thomas P. Agresti
United States Bankruptcy Judge

cc: All Parties in interest to be served by Clerk in seven (7) days

Revised 7/26/2021

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                         Case No. 17-23718-TPA

Edward F. Behr                                                              Chapter 13

Diane J. Behr

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: auto                                          Page 1 of 4

Date Rcvd: Feb 09, 2022                             Form ID: pdf900                              Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | CMG MORTGAGE, INC., C/O Cenlar FSB, Attention Payment Processing, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| 14693764 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14693767 | + | Butler Imaging, Emerald A/R Systems, PO Box 845066, Los Angeles, CA 90084-5066 |
| 14693768 | + | Butler Medical Associates, 1022-B North Main Street, Butler, PA 16001-1998 |
| 14693769 | + | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 14693770 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14693777 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, 106 North McKean Street, Butler, PA 16003 |
| 14693789 | + | Hamot Medical Center, c/o C Tech Colections, 5505 Nesconset Hwy 200, Mount Sinai, NY 11766-2026 |
| 14794700 | + | JD Receivables LLC, Agent for KAY JEWELERS, PO Box 382656, Germantown, TN 38183-2656 |
| 14693794 | + | Lendmark, PO Box 2969, Covington, GA 30015-7969 |
| 14693795 | + | Lifeline Sleep Center, 1525 Park Manor Drive, Suite 308, Pittsburgh, PA 15205-4805 |
| 14693796 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14693797 | + | MedExpress, 7219 McKnight Road, Pittsburgh, PA 15237-3524 |
| 14693798 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14749064 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693806 | + | Sleep Medicine & Lung Health, PO Box 174, Ingomar, PA 15127-0174 |
| 14693812 | + | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693816 | + | UPMC, 417 Bridge Street, Danville, VA 24541-1403 |
| 14693817 | | UPMC Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14693814 | + | University of Pittsburgh Physicians, 1650 Metropolitan Street, Suite 300, Pittsburgh, PA 15233-2213 |
| 14693822 | + | Western Sky, c/o Delbert Services Corporation, 1900 South State College Boulevard, Suite 300, Anaheim, CA 92806-6152 |
| 14693823 | | Western Sky Financial, LLC, PO Box 370, Timber Lake, SD 57656-0370 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2022 23:40:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14792646 | | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2022 23:40:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14693765 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 09 2022 23:40:00 | Ally Finanical, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14693776 | | Email/Text: bankruptcy@cashcall.com | Feb 09 2022 23:40:00 | Cash Call, P. O. Box 66007, Anaheim, CA 92816 |
| 14693771 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2022 23:39:49 | Capital One, PO Box 30285, Salt Lake City, UT |

Case 17-23718-TPA   Doc 141   Filed 02/11/22   Entered 02/12/22 00:28:16   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: pdf900 | Total Noticed: 74 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14745535 | | Email/PDF: bncnotices@becket-lee.com | Feb 09 2022 23:50:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 84130-0285 |
| 14762145 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 09 2022 23:40:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14693775 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 23:39:48 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14693778 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Feb 09 2022 23:40:00 | Community Medicine, c/o MediCredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14693779 | + | Email/Text: BKPT@cfna.com | Feb 09 2022 23:40:00 | Credit First - Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 14752107 | | Email/Text: BKPT@cfna.com | Feb 09 2022 23:40:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14693780 | | Email/Text: EBN@thecmigroup.com | Feb 09 2022 23:40:00 | Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14693781 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2022 23:39:51 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693784 | + | Email/Text: G06041@att.com | Feb 09 2022 23:40:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14802960 | | Email/Text: G06041@att.com | Feb 09 2022 23:40:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14693766 | | Email/Text: BNBLAZE@capitalsvcs.com | Feb 09 2022 23:40:00 | Blaze Mastercard, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 14693785 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 09 2022 23:40:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14693786 | + | Email/Text: BKPT@cfna.com | Feb 09 2022 23:40:00 | Firestone, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 14693787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 09 2022 23:50:08 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14693788 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 09 2022 23:40:00 | Flagship, PO Box 1419, Chadds Ford, PA 19317-0688 |
| 14693790 | + | Email/Text: Bankruptcy@ICSystem.com | Feb 09 2022 23:40:00 | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14693791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2022 23:40:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14724688 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2022 23:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14693792 | + | Email/Text: BKRMailOPS@weltman.com | Feb 09 2022 23:40:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14693793 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 09 2022 23:40:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14760921 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2022 23:50:09 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14760968 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2022 23:50:09 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14760920 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2022 23:39:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693799 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2022 23:39:43 | Merrick Bank, PO Box 660702, Dallas, TX |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: pdf900 | Total Noticed: 74 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75266-0702 |
| 14693800 | + | Email/Text: ptacct@mch1.org | Feb 09 2022 23:40:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14693801 | | Email/PDF: pa_dc_claims@navient.com | Feb 09 2022 23:50:13 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14693802 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2022 23:40:00 | Overstock.com/Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14731704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2022 23:50:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694478 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 09 2022 23:50:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693803 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2022 23:40:00 | Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14744382 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2022 23:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14799987 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2022 23:40:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14693805 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Feb 09 2022 23:40:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 14693808 | | Email/Text: amieg@stcol.com | Feb 09 2022 23:40:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14693807 | | Email/Text: amieg@stcol.com | Feb 09 2022 23:40:00 | State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 14693809 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 23:39:44 | Sychrony Bank / Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14804790 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 23:39:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14693810 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2022 23:39:49 | Synchrony Bank / Matress Firm, PO Box 960061, Orlando, FL 32896-0061 |
| 14693811 | + | Email/Text: bknotice@ercbpo.com | Feb 09 2022 23:40:00 | Time Warner Cable, c/o ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14693815 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 09 2022 23:40:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14693818 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 09 2022 23:40:00 | UPMC Hamot, 201 State St, Erie, PA 16550-0001 |
| 14693819 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 09 2022 23:40:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14693813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2022 23:40:00 | Ulta / Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14693820 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2022 23:40:00 | Verizon Wireless, c/o Jefferson Capital Systems, 16 Mceland Road, Saint Cloud, MN 56303-2198 |
| 14693821 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 09 2022 23:40:00 | WebBank / Gettington, PO Box 166, Newark, NJ 07101-0166 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason    Name and Address**

Case 17-23718-TPA    Doc 141    Filed 02/11/22    Entered 02/12/22 00:28:16    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2022 | Form ID: pdf900 | Total Noticed: 74 |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693772 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693773 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693774 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693782 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693783 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14749065 | * | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693804 | ##+ | Penn Credit Corp., 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2022              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor CMG MORTGAGE INC. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor CMG MORTGAGE INC. cwohlrab@raslg.com |
| Kenneth Steidl | on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Maria Miksich | on behalf of Creditor CMG MORTGAGE INC. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 10