**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURG DIVISION**

IN RE:                                              CASE NO.: 17-23718-TPA
                                                              CHAPTER 13

**Edward F. Behr**
**Diane J. Behr,**

              **Debtors.**
_____/

### NOTICE OF WITHDRAWAL

   **PLEASE TAKE NOTICE THAT**, on behalf of CMG Mortgage, Inc.
("Secured Creditor"), the undersigned hereby withdraws the following document:

   **Notice of Mortgage Payment Change (No Proof of Claim Filed), filed on February 23, 2022, (DE #143) as it was filed in error.**


**Date: February 23, 2022**


                                    **Robertson, Anschutz, Schneid, Crane &**
                                    **Partners, PLLC**
                                    Attorney for Secured Creditor
                                    10700 Abbott's Bridge Rd., Suite 170
                                    Duluth, GA  30097
                                    Telephone: (470) 321-7112
                                    By: /s/ Charles G. Wohlrab
                                    Charles G. Wohlrab, Esquire
                                    PA Bar Number  314532
                                    Email: cwohlrab@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURG DIVISION**

IN RE:                                                    CASE NO.: 17-23718-TPA
                                                                CHAPTER 13
**Edward F. Behr**
**Diane J. Behr,**

                    Debtors.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on __February 23, 2022__, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been

served via CM/ECF or United States Mail to the following parties:

Edward F. Behr
608 Village Green Blvd East
Mars, PA 16046

Diane J. Behr
608 Village Green Blvd East
Mars, PA 16046

*And via electronic mail to:*

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

                                        **Robertson, Anschutz, Schneid, Crane &**
                                        **Partners, PLLC**

Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA  30097
Telephone: (470) 321-7112
By: /s/ Charles G. Wohlrab
Charles G. Wohlrab, Esquire
PA Bar Number  314532
Email: cwohlrab@raslg.com