FILED
4/20/22 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Edward F. Behr<br>Diane J. Behr<br>    Debtor<br><br>Steidl and Steinberg, P.C.<br>    Applicant<br><br>    vs.<br><br>Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, AHN, Ally Financial, First Savings Bank, Bridgecrest Capital, Butler Imaging, Butler Medical Assoc., Butler Memorial Hospital, CMG Mortgage, Capital One, Car Finance Capital, Care Credit, CashCall, Collection Service Center Inc, Community Medicine, Credit Finance- Firestone, Credit First, Credit Management, Credit One Bank, DirecTv, Fingerhut, First Premier Bank, Flagship, Hamot Medical Center, IC Systems, IRS, JD Receivables, Jefferson Capital Systems, Kay Jewelers, Kohl's, LVNV Funding, Lendmark, Lifeline Sleep Center, Merrick Bank, Mariner Finance, MedExpress, Millcreek Community Hospital, Navient, Overstock.com/Comenity Bank/Ulta, PRA Receivables, Peebles, Penn Credit Corp., PA Dept. of Revenue, Portfolio Recovery Assoc., Premier Bankcard, Quantum3 Group, Quest Diagnostics, Sleep Medicine and Lung Health, State Collection Services, Synchrony Bank/Walmart/Mattress Firm, Time Warner Cable, Transworld Systems, UPMC, UPMC Children's Hospital, UPMC Hamot, UPMC Physician Services, Verizon Wireless, WebBank/Gettington, Western Sky,<br>    Respondents | Case No. 17-23718 TPA<br><br>Chapter 13<br>Document No. 147 |

## ORDER OF COURT

AND NOW, to-wit this __20th__ day of __April__, 2022, after consideration of the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Interim Compensation is approved in the additional amount of $6,090.00 for work performed in the Chapter 13 case by Debtor's counsel from March 9, 2017, to March 29, 2022.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $1,325.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,675.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $10,090.00, with the total to be paid through the Plan by the Trustee being $5,175.00 (representing the $2,675.00 previously approved to be paid (as set forth above), an additional $2,500.00 that was approved as part of the Amended Chapter 13 Plan dated December 15, 2021, (at Doc. 132) which was confirmed on February 9, 2022, (at Doc. 139),  Any remaining fees will be provided for in an amended plan filed within 30 days of the date of this Order.

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $6,090.00

_____
Hon. Thomas P. Agresti
United States Bankruptcy Judge

nms

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23718-TPA |
| Edward F. Behr | Chapter 13 |
| Diane J. Behr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | |
| | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | |
| | on behalf of Creditor CMG MORTGAGE  INC. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor CMG MORTGAGE  INC. cwohlrab@raslg.com |
| Kenneth Steidl | |
| | on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com |
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com |
| | ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Larry E. Wahlquist
    on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 9