FILED
7/13/22 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Edward F. and Diane J. Behr | : | Bankruptcy Case No. 17-23718-TPA |
| *Debtor(s)* | : | Chapter 13 |

## PLAN CONFIRMATION ORDER

**AND NOW,** this **13th** day of **July, 2022,** it is hereby **ORDERED, ADJUDGED,** and **DECREED**, with the consent of all the Parties in attendance, as follows:

**A**   The Chapter 13 Plan dated **May 11, 2022**, except as modified herein as numbered, below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court.  The current Plan payment is ***$2,976***.

**1.**   For the remainder of the Plan term, the periodic Plan payment is to be ***$3,544*** as of ***July, 2022***. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order. (A2)

**2.**   No payments are due ***Internal Revenue Service, Claim No. 3,*** since the claim is paid in full and all prior Trustee payments are approved. (B8)

**B**   **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED**:

**1.   Objections to the Plan:** This Order is effective as of the date indicated below.  Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order.  Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan.  The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

**2.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**3.   Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served.  Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**4.   Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

**5.   Filing Amended Plans.**  Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan.  Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

Revised 3/22/2022

**C        IT IS FURTHER ORDERED THAT:**

**1.**    Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

**2**.    Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

**3.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**4.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**5.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

**6.**    Debtor(s) shall file an Amended Schedule I and/or J in the event of:

(a)  Household income increases by 10% or more over most the recently filed Schedule I, because of new employment, promotion, or otherwise.

(b)  A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or a 10% or more reduction of any line item expense on Schedule J.

(c)  Any indicated increase in disposable income as a result of an increase in income or decrease in payroll withholding or Schedule J expense (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation, decrease in expense, or increase in household income.

**7.**    Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

**8.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**9.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

**10.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

**11.**    Any prior Confirmation Order entered in this matter is *VACATED*.

_____
Thomas P. Agresti
United States Bankruptcy Judge    **nms**

cc: All Parties in interest to be served by Clerk immediately

Revised 3/22/2022

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23718-TPA |
| Edward F. Behr | Chapter 13 |
| Diane J. Behr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 75 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14693764 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15453947 | | Bridgecrest credit company, LLC, PO Box 29018 phoenix AZ 85038 |
| 14693767 | + | Butler Imaging, Emerald A/R Systems, PO Box 845066, Los Angeles, CA 90084-5066 |
| 14693768 | + | Butler Medical Associates, 1022-B North Main Street, Butler, PA 16001-1998 |
| 14693769 | + | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 14693770 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 14693777 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, 106 North McKean Street, Butler, PA 16003 |
| 14693789 | + | Hamot Medical Center, c/o C Tech Colections, 5505 Nesconset Hwy 200, Mount Sinai, NY 11766-2026 |
| 14693795 | + | Lifeline Sleep Center, 1525 Park Manor Drive, Suite 308, Pittsburgh, PA 15205-4805 |
| 14693798 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14693797 | + | MedExpress, 7219 McKnight Road, Pittsburgh, PA 15237-3524 |
| 14749064 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693806 | + | Sleep Medicine & Lung Health, PO Box 174, Ingomar, PA 15127-0174 |
| 14693812 | + | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693816 | + | UPMC, 417 Bridge Street, Danville, VA 24541-1403 |
| 14693817 | | UPMC Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14693814 | + | University of Pittsburgh Physicians, 1650 Metropolitan Street, Suite 300, Pittsburgh, PA 15233-2213 |
| 14693822 | + | Western Sky, c/o Delbert Services Corporation, 1900 South State College Boulevard, Suite 300, Anaheim, CA 92806-6152 |
| 14693823 | | Western Sky Financial, LLC, PO Box 370, Timber Lake, SD 57656-0370 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKelectronicnotices@cenlar.com | Jul 13 2022 23:41:00 | CMG MORTGAGE, INC., C/O Cenlar FSB, Attention Payment Processing, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2022 23:42:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14792646 | | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2022 23:41:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14693765 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2022 23:41:00 | Ally Finanical, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14693776 | | Email/Text: bankruptcy@cashcall.com | Jul 13 2022 23:42:00 | Cash Call, P. O. Box 66007, Anaheim, CA 92816 |

Case 17-23718-TPA    Doc 159    Filed 07/15/22    Entered 07/16/22 00:28:11    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 75 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14693771 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 23:46:46 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14745535 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 23:47:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14762145 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 13 2022 23:42:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14693775 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:09 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14693778 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jul 13 2022 23:42:00 | Community Medicine, c/o MediCredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14693779 | + | Email/Text: BKPT@cfna.com | Jul 13 2022 23:41:00 | Credit First - Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 14752107 | | Email/Text: BKPT@cfna.com | Jul 13 2022 23:41:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14693780 | | Email/Text: EBN@thecmigroup.com | Jul 13 2022 23:41:00 | Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14693781 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2022 23:46:49 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693784 | + | Email/Text: G06041@att.com | Jul 13 2022 23:42:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14802960 | | Email/Text: G06041@att.com | Jul 13 2022 23:42:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14693766 | | Email/Text: BNBLAZE@capitalsvcs.com | Jul 13 2022 23:41:00 | Blaze Mastercard, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 14693785 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 13 2022 23:42:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14693786 | + | Email/Text: BKPT@cfna.com | Jul 13 2022 23:41:00 | Firestone, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 14693787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 13 2022 23:46:50 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14693788 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 13 2022 23:42:00 | Flagship, PO Box 1419, Chadds Ford, PA 19317-0688 |
| 14693790 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 13 2022 23:42:00 | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14693791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2022 23:41:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14794700 | | Email/Text: jefdun@gmail.com | Jul 13 2022 23:41:00 | JD Receivables LLC, Agent for KAY JEWELERS, PO Box 382656, Germantown, TN 38183 |
| 14724688 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2022 23:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14693792 | + | Email/Text: BKRMailOPS@weltman.com | Jul 13 2022 23:41:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14693793 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2022 23:41:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14760921 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 23:47:13 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14760968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 23:46:55 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| ID | Method | Time | Recipient |
|---|---|---|---|
| 14693794 | ^ MEBN | Jul 13 2022 23:42:09 | Lendmark, PO Box 2969, Covington, GA 30015-7969 |
| 14760920 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2022 23:47:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693796 | + Email/Text: bankruptcy@marinerfinance.com | Jul 13 2022 23:41:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14693799 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 13 2022 23:46:44 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14693800 | + Email/Text: ptacct@mch1.org | Jul 13 2022 23:42:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14693801 | Email/PDF: pa_dc_claims@navient.com | Jul 13 2022 23:47:02 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14693802 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 23:41:00 | Overstock.com/Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14731704 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 23:46:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694478 | + Email/PDF: rmscedi@recoverycorp.com | Jul 13 2022 23:46:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693803 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 23:41:00 | Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14744382 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2022 23:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14799987 | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14693805 | + Email/Text: BankruptcyMail@questdiagnostics.com | Jul 13 2022 23:42:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 14693808 | Email/Text: amieg@stcol.com | Jul 13 2022 23:41:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14693807 | Email/Text: amieg@stcol.com | Jul 13 2022 23:41:00 | State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 14693809 | + Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:00 | Sychrony Bank / Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14804790 | + Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:46:48 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14693810 | + Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:01 | Synchrony Bank / Matress Firm, PO Box 960061, Orlando, FL 32896-0061 |
| 14693811 | + Email/Text: bknotice@ercbpo.com | Jul 13 2022 23:42:00 | Time Warner Cable, c/o ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14693815 | + Email/Text: BankruptcyNotice@upmc.edu | Jul 13 2022 23:42:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14693818 | + Email/Text: BankruptcyNotice@upmc.edu | Jul 13 2022 23:42:00 | UPMC Hamot, 201 State St, Erie, PA 16550-0001 |
| 14693819 | + Email/Text: BankruptcyNotice@upmc.edu | Jul 13 2022 23:42:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14693813 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 23:41:00 | Ulta / Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14693820 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jul 13 2022 23:42:00 | Verizon Wireless, c/o Jefferson Capital Systems, 16 Mcleland Road, Saint Cloud, MN 56303-2198 |
| 14693821 | + Email/Text: bnc-bluestem@quantum3group.com | | |

Case 17-23718-TPA  Doc 159  Filed 07/15/22  Entered 07/16/22 00:28:11  Desc
Imaged Certificate of Notice  Page 7 of 8

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 75 |

Jul 13 2022 23:42:00  WebBank / Gettington, PO Box 166, Newark, NJ 07101-0166

TOTAL: 54

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693772 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693773 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693774 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693782 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693783 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14749065 | * | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693804 | ##+ | Penn Credit Corp., 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor CMG MORTGAGE INC. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor CMG MORTGAGE INC. cwohlrab@raslg.com |
| Kenneth Steidl | on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 75

Rosemary C. Crawford
                    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com

TOTAL: 9