IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                    )
                                          )        Case No. 17-23718 TPA
    Edward F. Behr                        )        Chapter 13
    Diane J. Behr,                        )        Docket No.
       *Debtors*                         )
                                          )
    Edward F. Behr                        )
    Diane J. Behr,                        )
       *Movants*                         )
                                          )
    *No Respondent(s)*                    )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    The Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On October 4, 2017 at docket number 12 and 13, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

     This Certification is being signed under penalty of perjury by: The wife Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


August 30, 2022                                   /s/ Edward F. Behr
Date                                              Debtor



August 30, 2022                                   /s/ Diane J. Behr
Date                                              Debtor

Respectfully submitted,

September 2, 2022

DATE

/s/ Kenneth Steidl

Kenneth Steidl, Esquire

Attorney for the Debtor

STEIDL & STEINBERG

707 Grant Street

Suite 2830, Gulf Tower

Pittsburgh, PA 15219

(412) 391-8000

ken.steidl@steidl-steinberg.com

PA I.D. No. 34965

PAWB Local Form 24 (07/13)