Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Edward F. Behr** | : | Case No. 17−23718−GLT |
| **Diane J. Behr** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 168 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/5/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this *The 27th of January, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 168 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

      (1)  **On or before March 13, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on **April 5, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23718-GLT |
| Edward F. Behr | Chapter 13 |
| Diane J. Behr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jan 27, 2023 | Form ID: 604 | Total Noticed: 75 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14693764 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14693770 | ++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670 address filed with court:, Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 15453947 | | Bridgecrest credit company, LLC, PO Box 29018 phoenix AZ 85038 |
| 14693767 | + | Butler Imaging, Emerald A/R Systems, PO Box 845066, Los Angeles, CA 90084-5066 |
| 14693768 | + | Butler Medical Associates, 1022-B North Main Street, Butler, PA 16001-1998 |
| 14693769 | + | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 14693777 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, 106 North McKean Street, Butler, PA 16003 |
| 14693789 | + | Hamot Medical Center, c/o C Tech Colections, 5505 Nesconset Hwy 200, Mount Sinai, NY 11766-2026 |
| 14693795 | + | Lifeline Sleep Center, 1525 Park Manor Drive, Suite 308, Pittsburgh, PA 15205-4805 |
| 14693797 | + | MedExpress, 7219 McKnight Road, Pittsburgh, PA 15237-3524 |
| 14693798 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14749064 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693806 | + | Sleep Medicine & Lung Health, PO Box 174, Ingomar, PA 15127-0174 |
| 14693812 | + | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693816 | + | UPMC, 417 Bridge Street, Danville, VA 24541-1403 |
| 14693817 | | UPMC Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14693814 | + | University of Pittsburgh Physicians, 1650 Metropolitan Street, Suite 300, Pittsburgh, PA 15233-2213 |
| 14693822 | + | Western Sky, c/o Delbert Services Corporation, 1900 South State College Boulevard, Suite 300, Anaheim, CA 92806-6152 |
| 14693823 | | Western Sky Financial, LLC, PO Box 370, Timber Lake, SD 57656-0370 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 28 2023 00:15:00 | CMG MORTGAGE, INC., C/O Cenlar FSB, Attention Payment Processing, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14792646 | | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2023 00:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14693765 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2023 00:15:00 | Ally Finanical, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14693770 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 28 2023 00:15:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14693776 | | Email/Text: bankruptcy@cashcall.com | Jan 28 2023 00:16:00 | Cash Call, P. O. Box 66007, Anaheim, CA 92816 |
| 14693771 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:05 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14745535 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:29:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14762145 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 28 2023 00:16:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14693775 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:53 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14693778 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jan 28 2023 00:16:00 | Community Medicine, c/o MediCredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14693779 | + | Email/Text: BKPT@cfna.com | Jan 28 2023 00:15:00 | Credit First - Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 14752107 | | Email/Text: BKPT@cfna.com | Jan 28 2023 00:15:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14693780 | | Email/Text: EBN@thecmigroup.com | Jan 28 2023 00:15:00 | Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14693781 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:16:54 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693784 | + | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14802960 | | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14693766 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 28 2023 00:15:00 | Blaze Mastercard, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 14693785 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 28 2023 00:16:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14693786 | + | Email/Text: BKPT@cfna.com | Jan 28 2023 00:15:00 | Firestone, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 14693787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 28 2023 00:16:56 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14693788 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 28 2023 00:16:00 | Flagship, PO Box 1419, Chadds Ford, PA 19317-0688 |
| 14693790 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 28 2023 00:15:00 | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14693791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2023 00:15:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14794700 | | Email/Text: jefdun@gmail.com | Jan 28 2023 00:15:00 | JD Receivables LLC, Agent for KAY JEWELERS, PO Box 382656, Germantown, TN 38183 |
| 14724688 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14693792 | + | Email/Text: BKRMailOPS@weltman.com | Jan 28 2023 00:15:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14693793 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2023 00:15:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14760921 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 17-23718-GLT   Doc 170   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 604 | Total Noticed: 75 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14760968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:09 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14693794 | ^ | MEBN | Jan 28 2023 00:07:46 | Lendmark, PO Box 2969, Covington, GA 30015-7969 |
| 14760920 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2023 00:17:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693796 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 28 2023 00:15:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14693799 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2023 00:16:50 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14693800 | + | Email/Text: ptacct@mch1.org | Jan 28 2023 00:16:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14693801 | | Email/PDF: pa_dc_claims@navient.com | Jan 28 2023 00:17:18 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14693802 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Overstock.com/Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14731704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694478 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:16:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693803 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14744382 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14799987 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14693805 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 28 2023 00:16:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 14693808 | | Email/Text: amieg@stcol.com | Jan 28 2023 00:15:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14693807 | | Email/Text: amieg@stcol.com | Jan 28 2023 00:15:00 | State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 14693809 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:14 | Sychrony Bank / Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14804790 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14693810 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:05 | Synchrony Bank / Matress Firm, PO Box 960061, Orlando, FL 32896-0061 |
| 14693811 | + | Email/Text: bknotice@ercbpo.com | Jan 28 2023 00:16:00 | Time Warner Cable, c/o ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14693815 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 28 2023 00:16:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14693818 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 28 2023 00:16:00 | UPMC Hamot, 201 State St, Erie, PA 16550-0001 |
| 14693819 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 28 2023 00:16:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14693813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Ulta / Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |

Case 17-23718-GLT   Doc 170   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 604 | Total Noticed: 75 |

| 14693820 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
|---|---|---|---|
| | | Jan 28 2023 00:16:00 | Verizon Wireless, c/o Jefferson Capital Systems, 16 Mceland Road, Saint Cloud, MN 56303-2198 |
| 14693821 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Jan 28 2023 00:16:00 | WebBank / Gettington, PO Box 166, Newark, NJ 07101-0166 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693772 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693773 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693774 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693782 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693783 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14749065 | * | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693804 | ##+ | Penn Credit Corp., 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor CMG MORTGAGE INC. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor CMG MORTGAGE INC. cwohlrab@raslg.com |
| Kenneth Steidl | on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Office of the United States Trustee | |

District/off: 0315-2　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 5 of 5
Date Rcvd: Jan 27, 2023　　　　　　　　　　 Form ID: 604　　　　　　　　　　　　　 Total Noticed: 75

|  |  |
|---|---|
|  | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour |  |
|  | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford |  |
|  | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 9