**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD F. BEHR<br>DIANE J. BEHR<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>    vs.<br>No Respondents. | Case No.:17-23718<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/15/2017 and confirmed on 1/18/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 115,245.50 |
| Less Refunds to Debtor | 21.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 115,223.63 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 6,925.00 | |
| Trustee Fee | 4,977.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,902.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 24,436.29 | 24,436.29 | 4,449.61 | 28,885.90 |
| Acct: 2781 | | | | |
| CARFINANCE CAPITAL | 12,905.49 | 12,905.49 | 1,987.05 | 14,892.54 |
| Acct: 8160 | | | | |
| | | | | 43,778.44 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD F. BEHR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD F. BEHR | 21.87 | 21.87 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,675.00 | 2,675.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX9/22 | | | | |
| STEIDL & STEINBERG | 1,750.00 | 1,750.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 5,013.49 | 5,013.49 | 0.00 | 5,013.49 |
| Acct: 8160 | | | | |
| CMG MORTGAGE INC | 0.00 | 44,179.56 | 0.00 | 44,179.56 |
| Acct: 5795 | | | | |
| BRIDGECREST CREDIT COMPANY LLC | 0.00 | 5,376.00 | 0.00 | 5,376.00 |
| Acct: 7201 | | | | |
| | | | | 54,569.05 |
| **Unsecured** | | | | |
| ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BLAZE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3220 | | | | |
| BUTLER IMAGING & INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BUTLER MEDICAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9833 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5443 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3928 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0790 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,101.36 | 57.35 | 0.00 | 57.35 |
| | Acct: 6953 | | | | |
| | COMMUNITY MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT FIRST NA* | 1,454.01 | 75.71 | 0.00 | 75.71 |
| | Acct: 5252 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2219 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 2,424.84 | 126.26 | 0.00 | 126.26 |
| | Acct: 6572 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 305.90 | 15.93 | 0.00 | 15.93 |
| | Acct: 0346 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 5,764.86 | 300.18 | 0.00 | 300.18 |
| | Acct: 6004 | | | | |
| | CREDIT FIRST NA* | 1,449.37 | 75.47 | 0.00 | 75.47 |
| | Acct: 8160 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 1,237.21 | 64.42 | 0.00 | 64.42 |
| | Acct: 7769 | | | | |
| | HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3110 | | | | |
| | KAY JEWELERS | 658.13 | 34.27 | 0.00 | 34.27 |
| | Acct: 5943 | | | | |
| | CAPITAL ONE NA** | 1,921.84 | 100.07 | 0.00 | 100.07 |
| | Acct: 3504 | | | | |
| | LENDMARK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0022 | | | | |
| | LIFELINE SLEEP CENTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8207 | | | | |
| | MARINER FINANCE LLC | 3,351.12 | 174.49 | 0.00 | 174.49 |
| | Acct: 6602 | | | | |
| | MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9214 | | | | |
| | MED EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3908 | | | | |
| | MERRICK BANK | 1,814.16 | 94.46 | 0.00 | 94.46 |
| | Acct: 6841 | | | | |
| | MILLCREEK COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NAVIENT SOLUTIONS INC O/B/O ECMC | 64,899.47 | 3,379.30 | 0.00 | 3,379.30 |
| | Acct: 8160 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA Fl | 2,017.92 | 105.07 | 0.00 | 105.07 |
| | Acct: 0627 | | | | |
| | PEEBLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8613 | | | | |
| | QUEST DIAGNOSTIC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|     SLEEP MEDICINE AND LUNG HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0813 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FL | 1,689.58 | 87.98 | 0.00 | 87.98 |
| Acct: 4601 | | | | |
|     SYNCHRONY BANK | 1,718.06 | 89.46 | 0.00 | 89.46 |
| Acct: 5347 | | | | |
|     TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|     QUANTUM3 GROUP LLC AGNT - MOMA FL | 494.12 | 25.73 | 0.00 | 25.73 |
| Acct: 8119 | | | | |
|     UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4944 | | | | |
|     UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1007 | | | | |
|     UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 1,764.76 | 91.89 | 0.00 | 91.89 |
| Acct: 9121 | | | | |
|     WESTERN SKY FINANCIAL LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3915 | | | | |
|     INTERNAL REVENUE SERVICE* | 1,448.74 | 75.44 | 0.00 | 75.44 |
| Acct: 8160 | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     CASHCALL INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|     TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,973.48 |

TOTAL PAID TO CREDITORS                                                                                    103,320.97

```
TOTAL CLAIMED
   PRIORITY          5,013.49
   SECURED          37,341.78
   UNSECURED        95,515.45
```

Date: 01/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
EDWARD F. BEHR
DIANE J. BEHR
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-23718

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Edward F. Behr  
Diane J. Behr  
    Debtors

Case No. 17-23718-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Jan 27, 2023      Form ID: pdf900      Total Noticed: 75

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14693764 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14693770 | ++ | BUTLER HEALTH SYSTEM, ATTN BUTLER MEMORIAL HOSPITAL, ONE HOSPITAL WAY, BUTLER PA 16001-4670 address filed with court:, Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 15453947 | | Bridgecrest credit company, LLC, PO Box 29018 phoenix AZ 85038 |
| 14693767 | + | Butler Imaging, Emerald A/R Systems, PO Box 845066, Los Angeles, CA 90084-5066 |
| 14693768 | + | Butler Medical Associates, 1022-B North Main Street, Butler, PA 16001-1998 |
| 14693769 | + | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 14693777 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, 106 North McKean Street, Butler, PA 16003 |
| 14693789 | + | Hamot Medical Center, c/o C Tech Colections, 5505 Nesconset Hwy 200, Mount Sinai, NY 11766-2026 |
| 14693795 | + | Lifeline Sleep Center, 1525 Park Manor Drive, Suite 308, Pittsburgh, PA 15205-4805 |
| 14693797 | + | MedExpress, 7219 McKnight Road, Pittsburgh, PA 15237-3524 |
| 14693798 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14749064 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693806 | + | Sleep Medicine & Lung Health, PO Box 174, Ingomar, PA 15127-0174 |
| 14693812 | + | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693816 | + | UPMC, 417 Bridge Street, Danville, VA 24541-1403 |
| 14693817 | | UPMC Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14693814 | + | University of Pittsburgh Physicians, 1650 Metropolitan Street, Suite 300, Pittsburgh, PA 15233-2213 |
| 14693822 | + | Western Sky, c/o Delbert Services Corporation, 1900 South State College Boulevard, Suite 300, Anaheim, CA 92806-6152 |
| 14693823 | | Western Sky Financial, LLC, PO Box 370, Timber Lake, SD 57656-0370 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKelectronicnotices@cenlar.com | Jan 28 2023 00:15:00 | CMG MORTGAGE, INC., C/O Cenlar FSB, Attention Payment Processing, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14792646 | | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2023 00:15:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14693765 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 28 2023 00:15:00 | Ally Finanical, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14693770 | | Email/Text: patientfinancialservices@butlerhealthsystem.org | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14693776 | | Email/Text: bankruptcy@cashcall.com | Jan 28 2023 00:15:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| | | | Jan 28 2023 00:16:00 | Cash Call, P. O. Box 66007, Anaheim, CA 92816 |
| 14693771 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:16:53 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14745535 | | Email/PDF: bncnotices@becket-lee.com | Jan 28 2023 00:29:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14762145 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 28 2023 00:16:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14693775 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:04 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14693778 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Jan 28 2023 00:16:00 | Community Medicine, c/o MediCredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14693779 | + | Email/Text: BKPT@cfna.com | Jan 28 2023 00:15:00 | Credit First - Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 14752107 | | Email/Text: BKPT@cfna.com | Jan 28 2023 00:15:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14693780 | | Email/Text: EBN@thecmigroup.com | Jan 28 2023 00:15:00 | Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14693781 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:16:55 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693784 | + | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14802960 | | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14693766 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 28 2023 00:15:00 | Blaze Mastercard, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 14693785 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 28 2023 00:16:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14693786 | + | Email/Text: BKPT@cfna.com | Jan 28 2023 00:15:00 | Firestone, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 14693787 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 28 2023 00:17:18 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14693788 | + | Email/Text: bankruptcy@flagshipcredit.com | Jan 28 2023 00:16:00 | Flagship, PO Box 1419, Chadds Ford, PA 19317-0688 |
| 14693790 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 28 2023 00:15:00 | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14693791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2023 00:15:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14794700 | | Email/Text: jefdun@gmail.com | Jan 28 2023 00:15:00 | JD Receivables LLC, Agent for KAY JEWELERS, PO Box 382656, Germantown, TN 38183 |
| 14724688 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14693792 | + | Email/Text: BKRMailOPS@weltman.com | Jan 28 2023 00:15:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14693793 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2023 00:15:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14760921 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 14760968 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14693794 | ^ | MEBN | Jan 28 2023 00:07:45 | Lendmark, PO Box 2969, Covington, GA 30015-7969 |
| 14760920 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2023 00:16:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693796 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 28 2023 00:15:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14693799 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2023 00:17:02 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14693800 | + | Email/Text: ptacct@mch1.org | Jan 28 2023 00:16:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14693801 | | Email/PDF: pa_dc_claims@navient.com | Jan 28 2023 00:17:18 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14693802 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Overstock.com/Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14731704 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694478 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 28 2023 00:17:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693803 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14744382 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14799987 | | Email/Text: bnc-quantum@quantum3group.com | Jan 28 2023 00:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14693805 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 28 2023 00:16:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 14693808 | | Email/Text: amieg@stcol.com | Jan 28 2023 00:15:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14693807 | | Email/Text: amieg@stcol.com | Jan 28 2023 00:15:00 | State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 14693809 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:17 | Sychrony Bank / Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14804790 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:17:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14693810 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 28 2023 00:16:53 | Synchrony Bank / Matress Firm, PO Box 960061, Orlando, FL 32896-0061 |
| 14693811 | + | Email/Text: bknotice@ercbpo.com | Jan 28 2023 00:16:00 | Time Warner Cable, c/o ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14693815 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 28 2023 00:16:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14693818 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 28 2023 00:16:00 | UPMC Hamot, 201 State St, Erie, PA 16550-0001 |
| 14693819 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 28 2023 00:16:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14693813 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 28 2023 00:15:00 | Ulta / Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 14693820 | + Email/Text: JCAP_BNC_Notices@jcap.com | Jan 28 2023 00:16:00 | Verizon Wireless, c/o Jefferson Capital Systems, 16 Mcleland Road, Saint Cloud, MN 56303-2198 |
| 14693821 | + Email/Text: bnc-bluestem@quantum3group.com | Jan 28 2023 00:16:00 | WebBank / Gettington, PO Box 166, Newark, NJ 07101-0166 |

TOTAL: 55

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693772 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693773 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693774 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693782 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693783 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14749065 | * | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693804 | ##+ | Penn Credit Corp., 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor CMG MORTGAGE  INC. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor CMG MORTGAGE  INC. cwohlrab@raslg.com |
| Kenneth Steidl | on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Office of the United States Trustee | |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 75

| | |
|---|---|
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | |
| | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 9