**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward F. Behr | Social Security number or ITIN  xxx–xx–8160 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diane J. Behr | Social Security number or ITIN  xxx–xx–5252 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–23718–GLT | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward F. Behr          Diane J. Behr

3/14/23                 **By the court:** Gregory L Taddonio
                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Edward F. Behr  
Diane J. Behr  
    Debtors

Case No. 17-23718-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Mar 14, 2023     Form ID: 3180W     Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward F. Behr, Diane J. Behr, 608 Village Green Blvd East, Mars, PA 16046-4826 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| 14693764 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15453947 | | Bridgecrest credit company, LLC, PO Box 29018 phoenix AZ 85038 |
| 14693767 | + | Butler Imaging, Emerald A/R Systems, PO Box 845066, Los Angeles, CA 90084-5066 |
| 14693768 | + | Butler Medical Associates, 1022-B North Main Street, Butler, PA 16001-1998 |
| 14693769 | + | Butler Medical Providers, P O Box 1549 - Suite 301, Butler, PA 16003-1549 |
| 14693777 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, 106 North McKean Street, Butler, PA 16003 |
| 14693789 | + | Hamot Medical Center, c/o C Tech Colections, 5505 Nesconset Hwy 200, Mount Sinai, NY 11766-2026 |
| 14693795 | + | Lifeline Sleep Center, 1525 Park Manor Drive, Suite 308, Pittsburgh, PA 15205-4805 |
| 14693797 | + | MedExpress, 7219 McKnight Road, Pittsburgh, PA 15237-3524 |
| 14693798 | | MedExpress, PO Box 719, Dellslow, WV 26531-0719 |
| 14693806 | + | Sleep Medicine & Lung Health, PO Box 174, Ingomar, PA 15127-0174 |
| 14693812 | + | Transworld Systems Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 14693816 | + | UPMC, 417 Bridge Street, Danville, VA 24541-1403 |
| 14693817 | | UPMC Children's Hospital, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14693814 | + | University of Pittsburgh Physicians, 1650 Metropolitan Street, Suite 300, Pittsburgh, PA 15233-2213 |
| 14693822 | + | Western Sky, c/o Delbert Services Corporation, 1900 South State College Boulevard, Suite 300, Anaheim, CA 92806-6152 |
| 14693823 | | Western Sky Financial, LLC, PO Box 370, Timber Lake, SD 57656-0370 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 15 2023 03:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| cr | + Email/Text: BKelectronicnotices@cenlar.com | Mar 15 2023 00:07:00 | CMG MORTGAGE, INC., C/O Cenlar FSB, Attention Payment Processing, 425 Philips Blvd, Ewing, NJ 08618-1430 |
| cr | EDI: JEFFERSONCAP.COM | Mar 15 2023 03:52:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14792646 | EDI: GMACFS.COM | Mar 15 2023 03:52:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14693765 | + EDI: GMACFS.COM | Mar 15 2023 03:52:00 | Ally Finanical, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14693770 | Email/Text: patientfinancialservices@butlerhealthsystem.org | Mar 15 2023 00:07:00 | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001 |
| 14693776 | Email/Text: bankruptcy@cashcall.com | Mar 15 2023 00:07:00 | Cash Call, P. O. Box 66007, Anaheim, CA 92816 |
| 14693771 | + EDI: CAPITALONE.COM | Mar 15 2023 03:52:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14745535 | Email/PDF: bncnotices@becket-lee.com | Mar 15 2023 00:09:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14762145 | + Email/Text: bankruptcy@flagshipcredit.com | Mar 15 2023 00:07:00 | CarFinance Capital, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 14693775 | + EDI: RMSC.COM | Mar 15 2023 03:52:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14693778 | + EDI: PARALONMEDCREDT | Mar 15 2023 03:52:00 | Community Medicine, c/o MediCredit Inc., PO Box 1629, Maryland Heights, MO 63043-0629 |
| 14693779 | + EDI: CRFRSTNA.COM | Mar 15 2023 03:52:00 | Credit First - Firestone, PO Box 81315, Cleveland, OH 44181-0315 |
| 14752107 | EDI: CRFRSTNA.COM | Mar 15 2023 03:52:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14693780 | EDI: CMIGROUP.COM | Mar 15 2023 03:52:00 | Credit Management, PO Box 118288, Carrollton, TX 75011-8288 |
| 14693781 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 15 2023 00:09:01 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693784 | + EDI: DIRECTV.COM | Mar 15 2023 03:52:00 | Directv, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14802960 | EDI: DIRECTV.COM | Mar 15 2023 03:52:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14693766 | Email/Text: BNBLAZE@capitalsvcs.com | Mar 15 2023 00:07:00 | Blaze Mastercard, P.O. Box 5096, Sioux Falls, SD 57117-5096 |
| 14693785 | + EDI: BLUESTEM | Mar 15 2023 03:52:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14693786 | + EDI: CRFRSTNA.COM | Mar 15 2023 03:52:00 | Firestone, P.O. Box 81410, Cleveland, OH 44181-0410 |
| 14693787 | + EDI: AMINFOFP.COM | Mar 15 2023 03:52:00 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 14693788 | + Email/Text: bankruptcy@flagshipcredit.com | Mar 15 2023 00:07:00 | Flagship, PO Box 1419, Chadds Ford, PA 19317-0688 |
| 14693790 | + EDI: LCIICSYSTEM | Mar 15 2023 03:52:00 | IC System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14693791 | EDI: IRS.COM | Mar 15 2023 03:52:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14794700 | Email/Text: jefdun@gmail.com | Mar 15 2023 00:07:00 | JD Receivables LLC, Agent for KAY JEWELERS, PO Box 382656, Germantown, TN |

| | | | | |
|---|---|---|---|---|
| | | | | 38183 |
| 14724688 | | EDI: JEFFERSONCAP.COM | Mar 15 2023 03:52:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14693792 | + | Email/Text: BKRMailOPS@weltman.com | Mar 15 2023 00:07:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14693793 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2023 00:06:00 | Kohl's, PO Box 3084, Milwaukee, WI 53201-3084 |
| 14760921 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2023 00:09:23 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14760968 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2023 00:09:03 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14693794 | ^ | MEBN | Mar 14 2023 23:58:34 | Lendmark, PO Box 2969, Covington, GA 30015-7969 |
| 14760920 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2023 00:08:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693796 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 15 2023 00:07:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14693799 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 15 2023 00:08:58 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14693800 | + | Email/Text: ptacct@mch1.org | Mar 15 2023 00:07:00 | Millcreek Community Hospital, 5515 Peach Street, Erie, PA 16509-2695 |
| 14693801 | | EDI: NAVIENTFKASMSERV.COM | Mar 15 2023 03:52:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14749064 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 15 2023 00:07:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693802 | + | EDI: WFNNB.COM | Mar 15 2023 03:52:00 | Overstock.com/Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14731704 | | EDI: PRA.COM | Mar 15 2023 03:52:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14694478 | + | EDI: RECOVERYCORP.COM | Mar 15 2023 03:52:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693803 | + | EDI: WFNNB.COM | Mar 15 2023 03:52:00 | Peebles, PO Box 659465, San Antonio, TX 78265-9465 |
| 14744382 | + | EDI: JEFFERSONCAP.COM | Mar 15 2023 03:52:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14799987 | | EDI: Q3G.COM | Mar 15 2023 03:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14693805 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Mar 15 2023 00:07:00 | Quest Diagnostics, PO Box 7302, Hollister, MO 65673-7302 |
| 14693808 | | Email/Text: amieg@stcol.com | Mar 15 2023 00:06:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 14693807 | | Email/Text: amieg@stcol.com | Mar 15 2023 00:06:00 | State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 14693809 | + | EDI: RMSC.COM | Mar 15 2023 03:52:00 | Sychrony Bank / Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 14804790 | + | EDI: RMSC.COM | Mar 15 2023 03:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14693810 | + | EDI: RMSC.COM | Mar 15 2023 03:52:00 | 23541-1021<br>Synchrony Bank / Matress Firm, PO Box 960061, Orlando, FL 32896-0061 |
| 14693811 | + | Email/Text: bknotice@ercbpo.com | Mar 15 2023 00:07:00 | Time Warner Cable, c/o ERC, PO Box 57547, Jacksonville, FL 32241-7547 |
| 14693815 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 15 2023 00:07:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14693818 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 15 2023 00:07:00 | UPMC Hamot, 201 State St, Erie, PA 16550-0001 |
| 14693819 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 15 2023 00:07:00 | UPMC Physician Services, 1650 Metropolitian Street, 3rd Floor, Pittsburgh, PA 15233-2212 |
| 14693813 | + | EDI: WFNNB.COM | Mar 15 2023 03:52:00 | Ulta / Comenity Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 14693820 | + | EDI: JEFFERSONCAP.COM | Mar 15 2023 03:52:00 | Verizon Wireless, c/o Jefferson Capital Systems, 16 Mceland Road, Saint Cloud, MN 56303-2198 |
| 14693821 | + | EDI: BLUESTEM | Mar 15 2023 03:52:00 | WebBank / Gettington, PO Box 166, Newark, NJ 07101-0166 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14693772 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693773 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693774 | *+ | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14693782 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14693783 | *+ | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14749065 | * | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14693804 | ##+ | Penn Credit Corp., 916 S. 14th St., Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |

District/off: 0315-2 | User: auto | Page 5 of 5
Date Rcvd: Mar 14, 2023 | Form ID: 3180W | Total Noticed: 77

| | |
|---|---|
| Brian Nicholas | on behalf of Creditor CMG MORTGAGE INC. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor CMG MORTGAGE INC. cwohlrab@raslg.com |
| Kenneth Steidl | on behalf of Debtor Edward F. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Diane J. Behr julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com |
| Larry E. Wahlquist | on behalf of U.S. Trustee Office of the United States Trustee larry.e.wahlquist@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |

TOTAL: 9