**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>     EDWARD F. BEHR<br>     DIANE J. BEHR<br>          Debtor(s) | Case No. 17-23718GLT |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 09/15/2017, and was converted to chapter 13 on 11/02/2017.

2)  The plan was confirmed on 01/18/2018.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/26/2018, 09/10/2020, 09/25/2020, 10/09/2020, 12/22/2021, 02/09/2022, 07/13/2022.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was completed on 12/02/2022.

6)  Number of months from filing or conversion to last payment: 61.

7)  Number of months case was pending: 64.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $19,146.45.

10) Amount of unsecured claims discharged without full payment: $70,383.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $115,245.50 |
| Less amount refunded to debtor | $21.87 |

**NET RECEIPTS:**                                                      **$115,223.63**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $6,925.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,977.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**                          **$11,902.66**

Attorney fees paid and disclosed by debtor:          $1,325.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLEGHENY HEALTH NETWORK | Unsecured | 1,642.26 | NA | NA | 0.00 | 0.00 |
| BLAZE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| BRIDGECREST CREDIT COMPANY LL | Priority | NA | 20,527.78 | 0.00 | 5,376.00 | 0.00 |
| BUTLER IMAGING & INTERVENTION | Unsecured | 153.97 | NA | NA | 0.00 | 0.00 |
| BUTLER MEDICAL ASSOC | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| BUTLER MEDICAL PROVIDERS | Unsecured | 231.80 | NA | NA | 0.00 | 0.00 |
| BUTLER MEMORIAL HOSPITAL | Unsecured | 2,059.37 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 1,850.00 | 1,921.84 | 1,921.84 | 100.07 | 0.00 |
| CAPITAL ONE** | Unsecured | 1,836.44 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 954.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE** | Unsecured | 2,650.00 | NA | NA | 0.00 | 0.00 |
| CARFINANCE CAPITAL | Secured | 15,756.00 | 15,515.55 | 12,905.49 | 12,905.49 | 1,987.05 |
| CMG MORTGAGE INC | Priority | 0.00 | 0.00 | 0.00 | 44,179.56 | 0.00 |
| COMMUNITY MEDICINE | Unsecured | 327.82 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 1,500.00 | 1,454.01 | 1,454.01 | 75.71 | 0.00 |
| CREDIT FIRST NA* | Unsecured | 1,450.00 | 1,449.37 | 1,449.37 | 75.47 | 0.00 |
| CREDIT ONE BANK | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSC | Unsecured | 305.00 | 305.90 | 305.90 | 15.93 | 0.00 |
| HAMOT MEDICAL CENTER* | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 6,850.00 | 5,013.49 | 5,013.49 | 5,013.49 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 1,448.74 | 1,448.74 | 75.44 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Secured | 23,000.00 | 24,436.29 | 24,436.29 | 24,436.29 | 4,449.61 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 5,700.00 | 5,764.86 | 5,764.86 | 300.18 | 0.00 |
| KAY JEWELERS | Unsecured | 450.00 | 658.13 | 658.13 | 34.27 | 0.00 |
| LENDMARK | Unsecured | 9,600.00 | NA | NA | 0.00 | 0.00 |
| LIFELINE SLEEP CENTERS | Unsecured | 690.19 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 800.00 | 2,424.84 | 2,424.84 | 126.26 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,735.00 | 1,764.76 | 1,764.76 | 91.89 | 0.00 |
| MARINER FINANCE LLC | Unsecured | 4,122.00 | 3,351.12 | 3,351.12 | 174.49 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MED EXPRESS | Unsecured | 39.55 | NA | NA | 0.00 | 0.00 |
| MED EXPRESS | Unsecured | 38.09 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,458.00 | 1,814.16 | 1,814.16 | 94.46 | 0.00 |
| MILLCREEK COMMUNITY HOSPITAL | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O ECM | Unsecured | 63,000.00 | 64,899.47 | 64,899.47 | 3,379.30 | 0.00 |
| PEEBLES++ | Unsecured | 1,541.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,063.00 | 1,101.36 | 1,101.36 | 57.35 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSO | Unsecured | 800.00 | 1,237.21 | 1,237.21 | 64.42 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MON | Unsecured | 500.00 | 494.12 | 494.12 | 25.73 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MON | Unsecured | 1,900.00 | 2,017.92 | 2,017.92 | 105.07 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MON | Unsecured | 1,689.00 | 1,689.58 | 1,689.58 | 87.98 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 388.06 | NA | NA | 0.00 | 0.00 |
| SLEEP MEDICINE AND LUNG HEALTH | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,500.00 | 1,718.06 | 1,718.06 | 89.46 | 0.00 |
| TIME WARNER CABLE | Unsecured | 311.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN++ | Unsecured | 684.63 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PGH PHYSICIAN++ | Unsecured | 125.29 | NA | NA | 0.00 | 0.00 |
| UPMC | Unsecured | 818.18 | NA | NA | 0.00 | 0.00 |
| UPMC | Unsecured | 43.70 | NA | NA | 0.00 | 0.00 |
| UPMC | Unsecured | 1,350.53 | NA | NA | 0.00 | 0.00 |
| UPMC | Unsecured | 191.72 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SKY FINANCIAL LLC++ | Unsecured | 6,941.81 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $37,341.78 | $37,341.78 | $6,436.66 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$37,341.78** | **$37,341.78** | **$6,436.66** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,013.49 | $54,569.05 | $0.00 |
| **TOTAL PRIORITY:** | **$5,013.49** | **$54,569.05** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$95,515.45** | **$4,973.48** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $11,902.66 |
| Disbursements to Creditors | $103,320.97 |

**TOTAL DISBURSEMENTS** : **$115,223.63**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/17/2023                    By:/s/ Ronda J. Winnecour
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**